UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1682 PAM/JSM

| | |
|---|---|
| ANDREY ZAGREBELNY, et al. ) | |
| ) | |
| Plaintiffs, ) | **ORDER TO DISMISS** |
| ) | **WITH PREJUDICE AS TO** |
| v. ) | **ISMAIL MOALIN** |
| ) | |
| DENISE FRAZIER, et al. ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Stipulation to Dismiss with Prejudice as to Ismail Moalin, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Ismail Moalin is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: June __8__, 2007

                                        S/Paul A. Magnuson
                                        PAUL A. MAGNUSON
                                        U.S. District Court Judge