UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1682 PAM/JSM

| | | |
|---|---|---|
| ANDREY ZAGREBELNY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER TO DISMISS** |
| | ) | **WITH PREJUDICE AS TO** |
| v. | ) | **AHMED SULDAN** |
| | ) | |
| DENISE FRAZIER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss with Prejudice as to Ahmed Suldan, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Ahmed Suldan is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: September 17 , 2007

                                                s/Paul A. Magnuson
                                                PAUL A. MAGNUSON
                                                U.S. District Court Judge