UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1682 PAM/JSM

| | | |
|---|---|---|
| ANDREY ZAGREBELNY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER TO DISMISS** |
| | ) | **WITH PREJUDICE AS TO** |
| v. | ) | **SUMAIA AJAMI ALI** |
| | ) | |
| DENISE FRAZIER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss with Prejudice as to Sumaia Ajami Ali, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Sumaia Ajami Ali is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: March 4, 2008

s/Paul A. Magnuson
PAUL A. MAGNUSON
Senior District Judge
U.S. District Court