```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
            Civil No. 07-1682 PAM/JSM
```

ANDREY ZAGREBELNY, et al.        )
                                 )
              Plaintiffs,        )   **ORDER TO DISMISS**
                                 )   **WITH PREJUDICE AS TO**
         v.                      )   **DAI WEI ZHANG**
                                 )
DENISE FRAZIER, et al.           )
                                 )
              Defendants.        )

Pursuant to the Stipulation to Dismiss with Prejudice as to Dai Wei Zhang, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Dai Wei Zhang is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: March 17, 2008

                              s/Paul A. Magnuson
                              PAUL A. MAGNUSON
                              Senior District Judge
                              U.S. District Court