```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                    Civil No. 07-1682 PAM/JSM
```

| | | |
|---|---|---|
| ANDREY ZAGREBELNY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER TO** |
| | ) | **DISMISS WITH** |
| v. | ) | **PREJUDICE AS TO** |
| | ) | **ZUHAIR HA ABUDAYA** |
| DENISE FRAZIER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss with Prejudice as to Zuhair Ha Abudaya, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Zuhair Ha Abudaya is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April  2  , 2008

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson, Judge
                                              United States District Court