UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1682 PAM/JSM

ANDREY ZAGREBELNY, et al.          )
                                   )
              Plaintiffs,          )     **ORDER TO DISMISS**
                                   )     **WITH PREJUDICE AS TO**
              v.                   )     **ANDREY ZAGREBELNY**
                                   )
DENISE FRAZIER, et al.             )
                                   )
              Defendants.          )

Pursuant to the Stipulation to Dismiss with Prejudice as to Andrey Zagrebelny, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Andrey Zagrebelny is  hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April 2 , 2008

                         s/Paul A. Magnuson
                         Paul A. Magnuson, Judge
                         United States District Court