```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 07-1682 PAM/JSM
```

| | | |
|---|---|---|
| ANDREY ZAGREBELNY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER TO** |
| | ) | **DISMISS WITH** |
| v. | ) | **PREJUDICE AS TO** |
| | ) | **YUN-WEN ZHANG** |
| DENISE FRAZIER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss with Prejudice as to Yun-Wen Zhang, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Yun-Wen Zhang is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April 25, 2008

                              s/Paul A. Magnuson
                              PAUL A. MAGNUSON
                              Senior District Judge
                              United States District Court