```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 07-1682 PAM/JSM
```

ANDREY ZAGREBELNY, et al.          )
                                   )
            Plaintiffs,            )    **ORDER TO DISMISS**
                                   )    **WITH PREJUDICE AS TO**
       v.                          )    **JIA ZHOU**
                                   )
DENISE FRAZIER, et al.             )
                                   )
            Defendants.            )

Pursuant to the Stipulation to Dismiss with Prejudice as to Jia Zhou, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Jia Zhou is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April 25, 2008

                              s/Paul A. Magnuson
                              PAUL A. MAGNUSON
                              Senior District Judge
                              U.S. District Court